# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### CANTON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-60627-rk |
| Michael J. Jenkins<br>Sara J. Jenkins | Chapter 7 |
| Debtor(s). | Judge Russ Kendig |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of Home Point Financial Corporation ('Creditor'), in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on April 3, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Gregory John Tarkowsky, Debtors' Counsel
gjtarkowsky@tarklaw.com

Josiah L. Mason, Trustee
jlmasontrustee@zoominternet.net

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Michael J. Jenkins, Debtor
    535 Reed Road
    Mansfield, OH 44903

    Sara J. Jenkins, Debtor
    535 Reed Road
    Mansfield, OH 44903

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Attorney for Creditor